RECEIVED
SDNY PRO SE OFFICE
20__ AUG 25  AM 9:42
S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Antoine Ross
_____

Write the full name of each plaintiff.

16 CV 3704

(To be filled out by Clerk's Office)

-against-

Captain Willis Shield #732
Officer John Doe (1); Officer John Doe (2);
Officer John Doe (3)  (7×3 Tour); N.Y.C

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☒ Yes    ☐ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).

☑ Violation of my federal constitutional rights  MK-9 Chemical Agent was Not suppose to be used. I Feel My Constitutional rights have been federally
☑ Other: unprotected from the use of Excessive force
I Never opposed as a threat. (Check cameras)

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Antoine / C / Ross
First Name / Middle Initial / Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

B/C# 210-16-00100    NYSID# 2943251R
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Otis Bantum Correctional center
Current Place of Detention

1600 Hazen Street
Institutional Address

East Elmhurst / N.Y. / 11370
County, City / State / Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other:

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:
First Name: Willis
Last Name: [blank]
Shield #: 732
Current Job Title (or other identifying information): Captain
Current Work Address: 1600 Hazen Street
County, City: East Elmhurst
State: NY
Zip Code: 11370

Defendant 2:
First Name: John
Last Name: Doe (1)
Shield #: [blank]
Current Job Title (or other identifying information): Correction Officer
Current Work Address: 1600 Hazen Street
County, City: East Elmhurst
State: NY
Zip Code: 11370

Defendant 3:
First Name: John
Last Name: Doe (2)
Shield #: [blank]
Current Job Title (or other identifying information): Correctional Officer
Current Work Address: 1600 Hazen Street
County, City: East Elmhurst
State: NY
Zip Code: 11370

Defendant 4:
First Name: John
Last Name: Doe (3)
Shield #: [blank]
Current Job Title (or other identifying information): Correctional Officer
Current Work Address: 1600 Hazen Street
County, City: East Elmhurst
State: NY
Zip Code: 11370

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Housin area 1 west cell #30 (OBCC) ESH

Date(s) of occurrence: 6/14/16

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On 6/14/16 between 6-7 o'clock hours, I was sleep when the Probe team cracked my cell, came in and sprayed me in the face with MK-9 Chemical Agent. I tried to Explain to the officers that I took a heavy dosage of Psch Sedative Medication and could'nt Make it to get up for court at the time. Again I was sprayed in my face for No reason. I Never oppose as a threat to any of the officers. I was then placed in Flexible handcuffs to be Escurted to the Seg Intake I begin to sneeze, cough and spit because of my Medical condition. I'm Very Asthmatic. I was then placed on a Gurney Chest First. Thats when I had Shortness of Breathing and I felt No air coming from or threw my lungs. I then felt officers Pick me up from my Arms and legs and threw me into the Shower Face First. I felt alot of pain on my Chest, Ribs as well as my back. Once I was secured in the Shower pen, the water pressure was High and Very steamy, I passed out From the Hot steam for about 3-4 minutes struggling to breathe. Then I felt cold water and begin to wash the chemicals off. Later on, I was seen by medical

Members of the New York Department of Correction's Probe team; under Color of law; Violated Petitioners Constitutional right under the 4th Amendment to be Safe and Secure in his Person.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

No Injuries were reported But I Explained to the Doctor, I was having trouble with Breathing and the Chemical was eating at my skin severely. I Made complaints that weren't Noted by Medical that my Asthma was triggered badly and the chemical also went Inside my left ear.

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

Im asking for 2.5 Million For Money damage and that D.O.C and every Officer Involved in this Incident Implement a New Policy on how to use this Chemical.
I want the court to see that this is life threatning to Asthmatic Patients such as my self, and that D.O.C Verify with Medical before Utilizing this Chemical

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 6-20-16 | Antoine Ross |
| Dated | Plaintiff's Signature |

| First Name | Middle Initial | Last Name |
|---|---|---|
| Antoine | C | Ross |

Prison Address: 1600 Hazen Street

| County, City | State | Zip Code |
|---|---|---|
| East Elmhurst | NY | 11370 |

Date on which I am delivering this complaint to prison authorities for mailing: 7-16-16

Antoine Ross
210 16 00100
1600 Hazen Street
East Elmhurst N.Y.
11370

RECEIVED
SDNY PRO SE OFFICE
2016 AUG 25 AM 9: 43
S.D. OF N.Y.

The Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 200
New York, N.Y. 10007-1312