UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
ANTOINE ROSS,                                    :

                              Plaintiff,         :

          -against-                                                   **ORDER**

                                                 :
CAPTAIN WILLIS, Badge No. 732, JOHN DOES
1-3, and the CITY OF NEW YORK,                                        16 CV 6704 (PAE) (KNF)

                                                 :

                              Defendants.    :
-----------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

          IT IS HEREBY ORDERED that:

          (1)     a telephonic conference will be held in the above-captioned action on December

                  5, 2019, at 2:00 p.m.;

          (2)     the Superintendent or other official in charge of the Upstate Correctional Facility,

                  shall provide inmate Antoine Ross, DIN Number 16A4979, a private room, with

                  telephone service, so that he may participate in the above-noted telephonic

                  conference with the Court and counsel to the defendants;

          (3)     all participants in the conference are directed to call (888) 557-8511 and, thereafter,

                  enter access code 4862532;

          (4)     plaintiff Antoine Ross shall appear in a private room, designated by the

                  Superintendent other official in charge of the Upstate Correctional Facility, to

                  participate in said telephonic conference;

1

(5)     counsel to the defendants is directed to serve a copy of this Order on the

Superintendent or other official in charge of the Upstate Correctional Facility,

expeditiously.

Dated: New York, New York          SO ORDERED:
       November 22, 2019

_Kevin Nathaniel Fox_

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE


Copy mailed to:
Antoine Ross