UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ANTOINE ROSS,

                                    Plaintiff,                **ORDER TO PRODUCE**
                                                              **INMATE FOR DEPOSITION**
                    -against-

CAPTAIN DION WILLIS, ET AL.,                                  16 Civ. 6704 (PAE) (KNF)

                                    Defendants.

------------------------------------------------------------------------ x

**HON. KEVIN NATHANIEL FOX**
**UNITED STATES MAGISTRATE JUDGE**

                    Upon the application of defendants for leave to take the deposition of plaintiff
Antoine Ross, DIN #16-A-4979, an inmate within Five Points Correctional Facility, the Court
having granted leave for the taking of plaintiff's deposition pursuant to Rule 30(a)(2)(B) of the
Federal Rules of Civil Procedure:

                    **IT IS HEREBY ORDERED**: that the Superintendent or other official in charge
of the Five Points Correctional Facility, located at 6600 State Route, Romulus, NY 14541,
produce inmate Antoine Ross, DIN #16-A-4979, at a location within the facility for the
taking of his deposition by video teleconference on September 9, 2020, at 10:00 a.m. and for so
long thereafter as the deposition continues, and that plaintiff appear in such place as
designated by the Superintendent or other official in charge of Five Points Correctional
Facility, so that his deposition may be taken.


Dated: New York, New York
August 31, 2020


_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE