UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ANTOINE ROSS,

                                      Plaintiff,

              -against-                    **ORDER TO PRODUCE**
                                                    **INMATE FOR DEPOSITION**

CAPTAIN DION WILLIS, ET AL.,              16 Civ. 6704 (PAE) (KNF)

                                      Defendants.

------------------------------------------------------------------------ x

**HON. KEVIN N. FOX**
**UNITED STATES MAGISTRATE JUDGE**

       Upon the application of defendants for leave to take the deposition of plaintiff Antoine Ross, DIN #16-A-4979, an inmate within Auburn Correctional Facility, the Court having granted leave for the taking of plaintiff's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

       **IT IS HEREBY ORDERED**: that the Superintendent of other official in charge of the Auburn Correctional Facility, located at 135 State Street, Auburn, NY 13024, produce inmate Antoine Ross, DIN #16-A-4979, at a location within the facility for the taking of his deposition by video teleconference on September 21, 2020, at 10:00 a.m. and for so long thereafter as the deposition continues, and that plaintiff appear in such place as designated by the Superintendent or other official in charge of Auburn Correctional Facility, so that his deposition may be taken.

Dated: New York, New York
September 5, 2020

*Kevin Nathaniel Fox*
_____
HON. KEVIN N. FOX
UNITED STATES MAGISTRATE JUDGE