Case 1:16-cv-06704-PAE-KNF   Document 140   Filed 11/06/20   Page 1 of 2



**T**HE **C**ITY OF **N**EW **Y**ORK
**L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**JAMES E. JOHNSON**
*Corporation Counsel*

**JOSHUA A. WEINER**
*Senior Counsel*
Phone: (212) 356-2249
Fax: (212) 356-3509
jweiner@law.nyc.gov

November 6, 2020

**BY ECF**
Honorable Paul A. Englemayer
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re: <u>Antoine Ross v. Captain Dion Willis, et al.</u>,
      16 Civ. 6704 (PAE) (KNF)

Your Honor:

   I am a Senior Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, and attorney for Department of Correction Officers Sadoc Genoves and Rochuard George and third-party defendant the City of New York ("Defendants") in the above-referenced action. I write to request an adjournment of the pre-motion conference currently scheduled for November 13, 2020 at 10:30 a.m. This is Defendants' first request for an adjournment of the pre-motion conference. Counsel for Plaintiff and counsel for defendant Dion Willis consent to this request.

   Due to the City's fiscal challenges engendered by the COVID-19 global pandemic, I will be on mandatory furlough on November 13 and, therefore, am unable to appear for the conference on that date. Should the Court grant the instant request, the parties are available to attend a conference on November 16 (afternoon only), November 23, and November 24 (morning only). Defendants thank the Court for its attention to this request.

                Sincerely,

                *Joshua A. Weiner*

                Joshua A. Weiner
                *Senior Counsel*

cc: All Counsel (VIA ECF)

Granted.  The pre-motion conference presently scheduled for November 13, 2020 at 10:30 a.m. is rescheduled for November 23, 2020 at 3:00 p.m.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

November 6, 2020