UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTOINE ROSS,<br><br>                              Plaintiff,<br>              -v-<br><br>CAPTAIN DION WILLIS, et al.,<br><br>                              Defendants. | 16 Civ. 6704 (PAE) (KNF)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

At yesterday's conference, the Court set the following briefing schedule for defendants' anticipated motions for summary judgment:

- The parties' joint statement of facts is due December 10, 2020;
- Defendants' motions for summary judgment are due December 24, 2020;
- Plaintiff's oppositions to motions for summary judgment are due January 14, 2021;
- Defendants' replies are due January 25, 2021.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: November 24, 2020
       New York, New York

1