# EXHIBIT H

Summary View for ROSS, ANTOINE



**ROSS, ANTOINE**

**Facility Code: OBCC  Housing Area: 3N**

**Insurance: Self Pay**

**Appointment Facility: Otis Bantum Correctional Center**

11/10/2016

**Appointment Provider: Harjinder Bhatti, MD**

**Past Medical History**
ASTHMA NOS
Cannabis dependence, episodic abuse
HAND INJURY NOS
ABRASION NOS
Closed fracture of scaphoid bone of wrist
Closed fracture of base of other metacarpal bone
REFUSAL OF TREATMENT
CONTUSION NOS
Cold, common
Diagnosis Deferred

**Allergies**
liver: anaphylaxis: Allergy
cranberry sauce: anaphylaxis: Allergy
Banana: anaphylaxis: Allergy

**Reason for Appointment**
1. Asthma

**History of Present Illness**

TEMPLATES:

  Asthma Return Visit
Asthma:
  Subjective: _____ no complaint.
  Severity Assessment
    Current Assessment: *Intermittent*
    Previous Visit Assessment: *Intermittent /*

  Impairment
    Symptoms: *<=2 days/week /*
    Nighttime Awakenings: */no*
    Interference with normal activity: *None/*
    Short acting beta agonist use (not EIB): *<=2 days/week /*
    Peak Flow: */at patient's baseline*

  Risk
    Exacerbations requiring oral systematic corticosteroids *0-1/year /*
    Progressive loss of lung function */no*
    Treatment-related adverse effects */none*

  Patient Education
    Initial Nursing Asthma Education Assessment completed: *Yes/*
    Smoking: *Yes/*
    Peak Flow/MDI technique: *Yes/*
    Compliance with follow up appointments: *Yes/*
    Medication Compliance: *Yes/*

  ASTHMA CONTROL
    Control Level: *Well Controlled* _____

VISIT COMPLEXITY SCALE:
    NON-INTAKE ACUITY
    Non-Intake Acuity Scale *2: Complicated sick call (problem requiring diagnostic evaluation, documented history, physical exam,*

Patient: ROSS, ANTOINE                   Progress Note: Harjinder Bhatti, MD   11/10/2016
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

DEF_0189

*specified follow up) OR One chronic condition addressed with components specified in (3)*

### Vital Signs

| BP | | |
|---|---|---|
| 109/58 | 11/10/2016 11:51:36 AM | Harjinder Bhatti |
| **Pulse** | | |
| 70 | 11/10/2016 11:51:36 AM | Harjinder Bhatti |
| **RR** | | |
| 14 | 11/10/2016 11:51:36 AM | Harjinder Bhatti |
| **Temp** | | |
| 99.1 | 11/10/2016 11:51:36 AM | Harjinder Bhatti |
| **Peak Flow** | | |
| 530 | 11/10/2016 11:54:10 AM | Harjinder Bhatti |
| **SaO2** | | |
| 98% on RA | 11/10/2016 11:51:36 AM | Harjinder Bhatti |

### Examination
General Examination:
   GENERAL APPEARANCE: well-appearing.
   HEENT: unremarkable.
   ORAL CAVITY: mucosa moist.
   NECK: supple, normal ROM, no lymphadenopathy.
   HEART: normal.
   LUNGS: regular breathing rate and effort, clear to auscultation, no wheezes.
   ABDOMEN: soft and not tender.
   MUSCULOSKELETAL: normal range of motion all joints.
   NEUROLOGIC EXAM: alert and oriented x 3, non-focal exam.

### Assessments
1. ASTHMA NOS - 493.90 (Primary), well controlled

### Treatment
**1. ASTHMA NOS**
Start Albuterol Sulfate HFA Aerosol Solution, 108 (90 Base) MCG/ACT, Total Dose: 2 puffs, Inhalation, Every 6 Hours, as needed, 90 days, Drug Source: Pharmacy
Notes: Use Albuterol MDI as needed.

### Follow Up
3 Months - Asthma

Patient: ROSS, ANTOINE            Progress Note: Harjinder Bhatti, MD   11/10/2016
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

DEF_0190

Summary View for ROSS, ANTOINE                                                                 Page 3 of 3

**Appointment Provider: Harjinder Bhatti, MD**

**Electronically signed by Harjinder Bhatti MD on 11/10/2016 at 04:50 PM EST**

**Sign off status: Completed**

Otis Bantum Correctional Center
1600 Hazen Street
East Elmhurst, NY 11370
Tel: 347-774-7000
Fax: 347-774-8088

**Patient: ROSS, ANTOINE**              **Progress Note: Harjinder Bhatti, MD   11/10/2016**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Summary View for ROSS, ANTOINE