# EXHIBIT K

**CORRECTION DEPARTMENT**
**CITY OF NEW YORK**
ARRAIGNMENT AND CLASSIFICATION RISK SCREENING FORM

Page 1 of 2 Pages
Form: ARC 239M
Rev.: 09/14
Ref.: Dir. #4100R-D

**A**

Inmate's Last Name: ROSS
First Name: Antoine
M.I.:

I.C.E. #:
Green Card (If yes, indicate #): Yes ☐ No ☐
CMC: Yes ☐ No ☑
CMC #:

Commitment Received From Court: 22, JAN, 2016    HRS
NYCDOC physical custody date/time: 22, JAN, 2016  110  HRS
Destination Facility: VCBC

ALIASES: Last Name / First Name

Separation: Yes ☐ No ☑
OSIU #:
Red ID: Yes ☐ No ☑

Do you have immediate medical needs? (if yes, specify) Yes ☐ No ☑
Does Securing Order/Commitment Papers indicate medical/mental health attention requested? Yes ☐ No ☑

Do you have any of the following symptoms?: Fever - Yes ☐ No ☑   Cough - Yes ☐ No ☑   Sore Throat - Yes ☐ No ☑
If "Yes" to any of the above symptoms, refer the inmate directly to medical services

Physical condition as stated by inmate: STATED "Alright"
Officer's observation, include any obvious indication of immediate medical needs or any display of extreme nervousness or depression, etc.: Appears OK

**B**

Look for signs of the following (Check when applicable):
☐ Dilated Pupils     ☑ Tattoos          ☐ Signs of trauma (severe bruises or blood on clothing)
☐ Needle Tracks      ☐ Puncture Marks   ☐ Body Deformities (Missing Limbs)
☐ Staggering         ☐ Scars (from attempted suicides)   ☐ Other (Specify)

Are you disabled? (If Yes, specify) Yes ☐ No ☑
Are you requesting a reasonable accommodation? (If Yes, specify) Yes ☐ No ☑

**DESCRIPTION OF CLOTHING (INCLUDING MULTIPLE ITEMS)**

| ITEMS | YES | NO | COLOR | REMARKS | ITEMS | YES | NO | COLOR | REMARKS |
|---|---|---|---|---|---|---|---|---|---|
| PANTS | ✓ | | Blue | | COAT/JACKET | ✓ | | Blue | |
| SHIRT/BLOUSE | ✓ | | Purple | | SHOESTRINGS | ✓ | | Blk | |
| DRESS/SKIRT | | ✓ | | | HAT | | ✓ | | |
| BELT | ✓ | | Green | | SCARF | | ✓ | | |
| SHOES | | ✓ | | | GLOVES | | ✓ | | |
| SNEAKERS | ✓ | | Bwn | | FACIAL JEWELRY | | ✓ | | |

Inmate's signature upon admission:
Surrendering Officer's signature:
Date: 1/22/16

FINGERPRINTS - LEFT INDEX FINGER
DISCHARGE / ADMISSION

Arrest date: 1/22/16
Arrest Number:
Arraignment Date: 1/22/16

**CLOSEST PERSON TO CONTACT IN CASE OF EMERGENCY**

Last Name:    First Name:    Phone number:    Relationship:
Street Address:    Apt. #:    City:    State:    Zip code:

**D**

English speaking: (If No, what language) Yes ☑ No ☐
Level of Education: 10TH
Social Security #:

Occupational skills: (If Yes, specify) Yes ☐ No ☑
Served in the military: (If Yes, indicate branch, unit and special skills) Yes ☐ No ☑

**E**

Is this the first time you have been held in jail or custody? Yes ☐ No ☑ Conflict ☐

Are you now or have you ever been a law enforcement agent, police informant, political or public figure or member of a criminal or terrorist organization? (If Yes, specify) Yes ☐ No ☑ Conflict ☐

Do you know of any reason why you may be at risk or need special security or protection from the General Inmate Population? Such as:
- Having been assaulted, harassed, or coerced, sexually or otherwise, while in custody or during prior jail time?
- Having been perceived as being gay, or transgender, a cross dresser, or visibly feminine (if housed in male population)?
- Or any other reason?
Yes ☐ No ☑ Conflict ☐

I have been advised to answer all the questions in Section "E" accurately for my own well being and have responded as stated above.
Inmate's Signature:    Date: 1/22/16

**CORRECTION DEPARTMENT**
**CITY OF NEW YORK**

Page 2 of 2 Pages

Form: ARC 239M
Rev.: 09/14
Ref.: Dir. #4100R-D

**ARRAIGNMENT AND CLASSIFICATION RISK SCREENING FORM**

**F**
1. Do any documents indicate Suicide Watch and/or Protective Custody? No ☑ Yes ☐ If Yes, authorization _____
2. Do you know of any other reason this inmate should be considered for special housing? No ☑ Yes ☐ If Yes, specify _____
3. Complete for all State inmates, from N.Y.S. Custodial Transfer Form:
   Maximum - A ☐   Maximum - B ☐   Medium - A ☐   Medium - B ☐   Minimum ☐

If there is a "Yes," "Conflict," or "Maximum - A" response checked in Sections "E" or "F," print the name, rank and shield number of the supervisor notified:

Name _____ Rank _____ Shield # _____

**G**
Check off any of the charges listed below if indicated by the accompanying commitment papers as a current or prior charge (including attempts). In all cases where the charge against the inmate is 125.27 a mental health referral (clearly indicating the capital offense) will be filled out and submitted by the Intake Supervisor to the New Admission Intake Physician.

Number of Warrant(s): 0

Is Surety exam noted on the inmate's Securing Order? None

☐ 105.17 - Conspiracy 1ST    ☐ 200.45 - Bribe Public Official    ☐ 240.06 - Riot 1ST
☐ 125.27 - Murder 1ST        ☐ 205.05 - Escape 3RD              ☐ 263.10 - Promote Obscene Sex Performance W/Child
☐ 130.35 - Rape 1ST          ☐ 205.10 - Escape 2ND              ☐ 263.15 - Promoting Sex Performance W/Child
☐ 200.04 - Bribery 1ST       ☐ 205.15 - Escape 1ST              ☐ 120.11 - Aggravated Assault/Police/Peace Officer

Name of Supervisor Notified if Any Charge Box(es) Above is Checked: _____ Rank: _____ Shield #: _____

Receiving Officer's Signature: _____ Print Name Legibly: _____ Rank: _____ Shield #: _____

**I**
To be completed by the screening officer. An individual shall be considered a "Street Gang Member" when they meet any of the following gang member identification criteria:

* Admits membership*
* Law enforcement or informant identifies individual as a gang member*
* Individual is wearing gang clothing and/or symbols identifying with a specific gang*
* Inmate has revealing tattoo(s) or marking(s) which may identify him/her as a member of a street gang (Describe in remarks section)*
* Nature of arrest is indicated as street gang related activity or related incident*

1. Are you a member of or have you ever been a member of any street gang, cult, tribe, family group, or organization? Yes ☐ No ☑
2. Have you ever been affiliated with any street gang, cult, tribe, family group, or organization? Yes ☐ No ☑
3. Do you have any members of your family affiliated with any street gang, cult, tribe, family group, or organization? Yes ☐ No ☑
4. Do you know of anyone who is a member of any street gang, cult, tribe, family group, or organization who is incarcerated? Yes ☐ No ☑
5. Do you have any knowledge of any street gang, or jail gang activity? Yes ☐ No ☑
6. Do you have any other names [alias(es)] and/or nicknames that you are known by? (If Yes, list) Yes ☐ No ☑

* Use remarks section below to answer any "Yes" responses to questions listed above.

Remarks: _____

Date: 1/22/16

**RECEIVING FACILITY SUPERVISOR**

**J**
1. Does this inmate meet any one of the gang affiliation identification criteria? Yes ☐ No ☑
2. Has a Security Risk Group (SRG) card been initiated? Yes ☐ No ☑
3. Is Protective Custody, Suicide Watch or a psychiatric examination (730) indicated on the commitment papers? Yes ☐ No ☑
4. Does the inmate have any obvious physical injuries or exhibit signs of mental instability? Yes ☐ No ☑
5. Has medical staff cleared this inmate for housing? Yes ☑ No ☐
6. Does the inmate require special housing? (If Yes, specify type) _____ Yes ☐ No ☑
7. Is the housing designation assigned against the inmate's will? Yes ☐ No ☑
8. Has the inmate been issued a notice report of right to due process form. (Whether the housing placement is voluntary or involuntary, the inmate must be issued a Notice of Right to Due Process Form.) Yes ☐ No ☑
9. If inmate is disabled (as indicated in Section B of this form) was Counseling Unit notified? Yes ☐ No ☐
   If notified, specify date/time of notification and name of Counselor: Date: _____ Time: _____ Name: _____
   If not notified, information identifying disabled inmate must be forwarded to Counseling Unit on Form 3802D.
   Receiving Facility Supervisor's Initials: _____

**K** Has the inmate been permitted the opportunity to make a free phone call? (If Yes, indicate) Refused ☐ Yes ☐ No ☐
Date: _____ Time: _____ Number Dialed: _____

**L** The inmate's classification custody level is: Minimum ☐ Medium ☐ Maximum ☑ Incomplete ☐

**Signatures** | Date | Time
**M** Inmate's signature: _____
**N** Receiving facility supervisor's signature: _____
**O** Inmate's signature upon discharge from court facility: _____
**P** Court facility supervisor's signature upon discharge: _____

DEF_0039