

Sara E. Margolis
MoloLamken LLP
430 Park Avenue
New York, NY 10022
T: 212.607.8172
F: 212.607.8161
smargolis@mololamken.com
www.mololamken.com

January 7, 2021

BY ECF

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY  10007

      Re:    *Ross v. Willis et al.*, 16 Civ. 6704

Dear Judge Engelmayer:

      We represent plaintiff Antoine Ross in this matter.  We write to respectfully request that the Court permit Mr. Ross to submit a single, 50-page consolidated brief in opposition to defendants' pending motions for summary judgment.

      In late December, defendants filed two motions for summary judgment.  *See* Dkts. 146-52.  One motion was filed by Defendant Dion Willis, Dkt. 146, while the other motion was filed by Defendants Sadoc Genoves and Rochaurd George, Dkt. 149.

      Pursuant to this Court's order, Mr. Ross's briefs opposing those two motions are due January 14, 2021.  Dkt. 143.  Under Your Honor's Individual Rule 3.C, each opposition brief is limited to 25 pages.  Mr. Ross respectfully requests permission to file one brief of no more than 50 pages in opposition to defendants' motions for summary judgment.  Given the factual and legal overlap between certain of defendants' arguments, Mr. Ross respectfully submits that filing a single 50-page brief will permit him to more efficiently address the issues raised in defendants' motions without duplication.  Mr. Ross does not seek extra pages; he simply seeks to use the same 50 pages already permitted between the two opposition briefs in a single, streamlined filing.  All defendants consent to this request.

      We thank the Court for its consideration.

Granted.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

January 8, 2021

Respectfully submitted,

/s/ Sara E. Margolis
Sara E. Margolis