UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTOINE ROSS,

                              Plaintiff,

               -v-

CAPTAIN DION WILLIS, et al.,

                             Defendants.

16 Civ. 6704 (PAE) (KNF)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The parties have submitted a joint letter explaining the basis of certain redactions in the plaintiff's opposition to defendants' respective motions for summary judgment. Dkt. 166. That letter explains that defendants maintain their confidential designations of certain documents relating to disciplinary proceedings against defendant Captain Dion Willis. *Id.*

    The Court is mindful of ongoing appellate litigation concerning the scope and effect of the repeal of § 50 of the New York Civil Rights Law ("CRL"). *See Uniform Fire Officers Ass'n v. DeBlasio*, No. 20-2400 (2d Cir. 2020). Pending the outcome of that matter, the Court will allow the documents related to Willis' disciplinary records to remain until seal. If warranted, the Court will revisit this order at a later date.

    By February 5, 2021, plaintiff is directed to file a copy of his consolidated opposition to defendants' motions for summary judgment that does not redact any materials for which defendants have withdrawn their confidential designations.

1

SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: January 29, 2021
      New York, New York