

| | | |
|---|---|---|
| **GEORGIA M. PESTANA** | THE CITY OF NEW YORK | **WILLIAM T. GOSLING** |
| *Corporation Counsel* | LAW DEPARTMENT | *Assistant Corporation Counsel* |
| | 100 CHURCH STREET | Phone: (212) 356-2384 |
| | NEW YORK, NY 10007 | |

August 13, 2021

**BY ECF**
Honorable Paul A. Engelmayer, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re: Antoine Ross v. Captain Willis, et al.,
       16-CV-6704 (PAE)(KNF)

Your Honor:

  I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney for defendants Correction Officers George and Genoves. In that capacity, I write, with consent of the parties, to respectfully request a 45-day enlargement of time for the parties to file the Joint Pre-Trial Order (JPTO) from September 8, 2021, to October 25, 2021[1]. This is the first request for an extension of time to file the JPTO.

  On August 9, 2021, the Court issued a decision on the Motion for Summary Judgment. See ECF No. 192. As directed by the Opinion and Order dated August 9, 2021, the parties are discussing the possibility of settlement. However, due to the plaintiff's incarceration status, plaintiff counsel needs time to confer with the plaintiff at his facility in order to provide a demand to defendants. Once a demand is received, defendants will need time to coordinate with their clients to determine if a resolution in this matter can be reached. Therefore, the parties respectfully request that the Court extend the JPTO deadline by 45-days to determine if the parties can resolve this matter by settlement.

  Thank you for your consideration herein.

              Respectfully submitted,

              *William T. Gosling* /S
              William T. Gosling
              *Assistant Corporation Counsel*

---

[1] Forty-five days from September 8, 2021, is Saturday, October 23, 2021. Under Federal Rule of Civil Procedure 6(a)(1)(C), if this request is granted, the deadline to submit the JPTO would be due the following Monday, October 25, 2021.

Lauren F. Dayton
Justin M. Ellis
Sara Ellen Margolis (by ECF)
*Attorneys for Plaintiff*

James G. Frankie (by ECF)
*Attorney for Capt. Willis*

Granted.  SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
8/16/21