UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTOINE ROSS,

                             Plaintiff,

-v-

CAPTAIN DION WILLIS, et al.,

                            Defendants.

16 Civ. 6704 (PAE) (KNF)

ORDER

PAUL A. ENGELMAYER, District Judge:

      This case has been placed on the jury trial list for March 1, 2022. The case must be trial-ready for that date. This case is a backup on the list for jury trials for that day. This means that the case will not proceed if a trial scheduled ahead of this one goes forward. If the case cannot proceed on the scheduled date, the Court will seek another jury trial date for as soon as possible thereafter. As soon as the Court confirms that the matter will proceed on March 1, 2022, it will inform the parties.

      SO ORDERED.

                                                      *Paul A. Engelmayer*
                                                      Paul A. Engelmayer
                                                      United States District Judge

Dated: December 2, 2021
         New York, New York