

**GEORGIA M. PESTANA**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**WILLIAM T. GOSLING**
*Assistant Corporation Counsel*
phone: (212) 356-2384
wgosling@law.nyc.gov

December 7, 2021

**VIA ECF**
Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:   <u>Antoine Ross v. Capt. Willis, et al.</u>, 16-CV-6704 (PAE) (KNF)

Your Honor:

    I am an Assistant Corporation Counsel in the Office of Georgia M. Pestana, Corporation Counsel of the City of New York, representing defendants Correction Officers George and Genoves in the above-referenced matter. I write to respectfully request that ECF No. 228, Attachments 2 and 4, remain sealed because the wrong version was uploaded to ECF and the exhibits include personal identifying information. Today, I contacted the Court's help desk and the documents were temporarily sealed. I also re-filed Defendants George and Genoves Opposition to Plaintiff's Motions in *Limine* with the redacted exhibits. See ECF No. 237. I apologize for the inadvertent mistake.

    Thank you for your consideration.

Respectfully submitted,
*William T. Gosling* /S
William T. Gosling
*Assistant Corporation Counsel*

cc:   Justin M. Ellis, Lauren F. Dayton, Sara Ellen Margolis (by ECF)
      *Attorneys for Plaintiff*

      James G. Frankie, Steven Charles Stern (By ECF)
      *Attorneys for Captain Willis*

Granted.  SO ORDERED.

*/s/ Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
12/07/2021