UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

ANTOINE ROSS,

                              Plaintiff,

            -v-

CAPTAIN DION WILLIS, et al.,

                              Defendants.

16 Civ. 6704 (PAE)

ORDER

------------------------------------------------------------

PAUL A. ENGELMAYER, District Judge:

       The Court has received the parties' proposed joint pretrial order, briefing on the motions *in limine*, and proposed *voir dire* questions, jury instructions, and verdict forms, as well as the parties' corresponding objections thereto. The Court schedules a final pretrial telephonic conference for February 16, 2022 at 4 p.m. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19,** found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

       SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: December 15, 2021
       New York, New York