UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTOINE ROSS,

                              Plaintiff,                          16 Civ. 6704 (PAE) (KNF)

                    -v-
                                                                  ORDER
CAPTAIN DION WILLIS, et al.,

                              Defendants.

PAUL A. ENGELMAYER, District Judge:

        Due to an unavoidable conflict, the final pretrial conference in this case is rescheduled to

February 17, 2022 at 4 p.m.

        SO ORDERED.

                                                        _____
                                                        Paul A. Engelmayer
                                                        United States District Judge

Dated:  February 2, 2022
        New York, New York

1