UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTOINE ROSS,<br><br>                    Plaintiff,<br><br>          v.<br><br>CAPTAIN DION WILLIS, ET AL.,<br><br>                    Defendants. | Case No. 16-cv-6704 (PAE)<br><br>WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM |

TO:   WARDEN
      Attica Correctional Facility
      639 Exchange St Rd
      Attica, NY 14011-0149

and

      NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY
      SUPERVISION
      1220 Washington Avenue, Building 2,
      Albany, New York 12226

and

      UNITED STATES MARSHAL FOR
      THE SOUTHERN DISTRICT OF NEW YORK
      500 Pearl Street
      Suite 400
      New York, NY 10007

GREETINGS:

We command the WARDEN OF ATTICA CORRECTIONAL FACILITY have the body of ANTOINE ROSS (DIN #16-A-4979), presently detained at Attica Correctional Facility in the custody of the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, be brought under safe and secure conduct to whatever facility is determined to be close to the United States Courthouse, 40 Foley Square, New York, New York, and can detain state prisoners awaiting and participating in civil trials in the Southern District of New York while the Metropolitan Correctional Center, 150 Park Row, New York, New York is closed ("CORRECTIONAL FACILITY"), no later than February 22, 2022, until the within Writ has been marked satisfied by the Court.

We further command:

(1) That the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION shall provide such suitable quarters and provide for the safekeeping, care and subsistence of ANTOINE ROSS (DIN #16-A-4979) and allow him to receive clothing appropriate for the presentation of trial testimony, as is necessary until the Writ has been satisfied.

(2) That the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION shall make ANTOINE ROSS (DIN #16-A-4979) available to meet with Mr. Ross's counsel (Justin M. Ellis, Sara E. Margolis, Lauren F. Dayton) during the week from Tuesday, February 22, 2022, up to and including Monday, February 28, 2022 at the CORRECTIONAL FACILITY, or by secure and private telephone communication, at such times as Mr. Ellis, Ms. Margolis, and Ms. Dayton may reasonably request.

(3) That the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, on each day from March 1, 2022 until the within Writ has been marked satisfied by the Court, by no later than 8:30 am, shall transport ANTOINE ROSS (DIN #16-A-4979), from the CORRECTIONAL FACILITY to Courtroom ___ of the United States Courthouse, 40 Foley Square, New York, New York, or to whatever other location may be hereafter directed by this Court, in order that Mr. Ross may attend the jury selection and the trial of this matter.

(4) That the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, under the supervision of the UNITED STATES MARSHAL, shall provide all necessary security for the custody of ANTOINE ROSS (DIN #16-A-4979), during trial proceedings and during any other times that he is present in the U.S. courthouse.

(5) That the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND· COMMUNITY SUPERVISION, on each day from March 1, 2022 until the within Writ has been marked satisfied by the Court, shall return ANTOINE ROSS (DIN #16-A-4979) to the CORRECTIONAL FACILITY at any luncheon or other extended recess of the Court, and at the conclusion of the Court's proceedings each day.

Thereafter, upon satisfaction of the Writ by the Court, the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION shall transport ANTOINE ROSS (DIN #16-A-4979), under safe and secure custody, to the Attica Correctional Facility, Attica, New York.

In the event that the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION transfers ANTOINE ROSS (DIN #16-A-4979) from Attica Correctional Facility after the date of this Writ and before February 22, 2022, the NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION shall transport ANTOINE ROSS (DIN #16-A-4979) to the CORRECTIONAL FACILITY in accordance with all other provisions of this Writ.

The NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION and the UNITED STATES MARSHAL shall each bear their respective costs of implementation of this Writ.

Mr. Ross's counsel (Mr. Ellis, Ms. Margolis, and Ms. Dayton) are authorized as officers of the Court to relay any further instructions from the Court, regarding the transport, safekeeping, care and subsistence of ANTOINE ROSS (DIN #16-A-4979), to the FEDERAL WARDEN and the UNITED STATES MARSHAL and their staff.

WITNESS, HON. PAUL A. ENGELMAYER, United States District Judge, the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York on the ___ day of February, 2022.

THE FOREGOING WRIT
ALLOWED, THIS ___ DAY
OF February, 2022

_____                     _____
The Hon. Paul A. Engelmayer                              Ruby J. Krajick
United States District Judge                             Clerk of Court

4