UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTOINE ROSS,

                                  Plaintiff,

             -v-

CAPTAIN DION WILLIS, et al.,

                                Defendants.

16 Civ. 6704 (PAE) (KNF)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court was informed today that the case with priority over this case will not be proceeding to trial on March 1, 2022. Accordingly, this case will proceed to trial that day. The Court will issue forthwith a writ of *habeas corpus ad testificandum* designed to ensure plaintiff Antoine Ross's transfer to a nearby facility in advance of trial.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: February 8, 2022
       New York, New York

1