UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTOINE ROSS,

                            Plaintiff,

-v-

CAPTAIN DION WILLIS, et al.,

                            Defendants.

16 Civ. 6704 (PAE) (KNF)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has issued a writ of *habeas corpus ad testificandum* consistent with the proposed writ submitted by plaintiff's counsel. *See* Dkt. 246. Plaintiff's counsel, who is responsible for serving the writ on the three parties identified therein, is instructed forthwith to travel to this Court's chambers, located in Suite 2201 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York 10007, to receive copies of the writ for service. Counsel may call chambers at (212) 805-0268 to further coordinate.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: February 8, 2022
       New York, New York

1