UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTOINE ROSS,

                              Plaintiff,

        -v-

CAPTAIN DION WILLIS, et al.,

                             Defendants.

16 Civ. 6704 (PAE) (KNF)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

To assure sufficient time to cover the full range of pretrial matters presented, the final pretrial conference in this case is rescheduled from 4 p.m. on February 17, 2022 to 3 p.m.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: February 15, 2022
       New York, New York