UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTOINE ROSS,

                             Plaintiff,

-v-

CAPTAIN DION WILLIS, et al.,

                             Defendants.

16 Civ. 6704 (PAE) (KNF)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The final pretrial conference in this case, originally scheduled to take place telephonically tomorrow, February 17, 2022, at 3 p.m., will be held in person at this same time, in Courtroom 1305 at the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York 10007. Participants are directed to review the District's COVID-19 protocols for courthouse entry, which are available online at https://www.nysd.uscourts.gov/covid-19-coronavirus, to ensure that they will be able to gain access to the courthouse. Any participant who cannot attend in person should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: February 16, 2022
      New York, New York