

| | | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **WILLIAM T. GOSLING**<br>*Assistant Corporation Counsel*<br>phone: (212) 356-2384<br>wgosling@law.nyc.gov |

February 19, 2022

**VIA ECF**
Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

        Re: <u>Antoine Ross v. Capt. Willis, et al.</u>,
            16-CV-6704 (PAE) (JW)

Your Honor:

    I am an Assistant Corporation Counsel in the Office of Georgia M. Pestana, Corporation Counsel of the City of New York, and one of the attorneys representing defendants Correction Officers George and Genoves in the above-referenced matter. Counsel intended on filing the enclosed application yesterday, February 18, 2022. However, due to technology issues the enclosed letter seeking an extension of time for the parties to file their joint submissions was not filed. The undersigned apologizes for this inconvenience. Presently, the parties continue to await receipt of the transcript from the conference held on February 17, 2022. Therefore, it is respectfully requested that the enclosed application seeking a one-day extension of time, from February 22, 2022 to February 23, 2022, for the parties to file the joint letter be granted.

    We thank the Court for its consideration of this matter.

                                Respectfully submitted,

                                *WILLIAM GOSLING* /S
                                William T. Gosling
                                *Assistant Corporation Counsel*

cc:    Justin M. Ellis, Lauren F. Dayton, Sara Ellen Margolis (by ECF)
        *Attorneys for Plaintiff*

        James G. Frankie, Steven Charles Stern (By ECF)
        *Attorneys for Captain Willis*

Granted. SO ORDERED.

/s/ Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge
2/20/22