UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTOINE ROSS,

                              Plaintiff,

          -v-

CAPTAIN DION WILLIS, et al.,

                              Defendants.

16 Civ. 6704 (PAE) (JEW)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      This order memorializes that, on February 17, 2022, the Court held a pretrial conference in this case, at which it resolved, via a bench decision, the numerous pending motions *in limine*. The Clerk of Court is respectfully directed to terminate the motions pending at docket entries 203, 210, and 220.

      The Court also instructed counsel to submit, by 5 p.m. on Tuesday, February 22, a revised pretrial order, along with a joint letter addressing the outstanding matters discussed during the February 17 conference.[1] Further, the Court directed counsel to bring to the final pretrial conference binders containing courtesy copies of all exhibits and depositions.

      The Court set a final pretrial conference in this case for Friday, February 25, 2022 at 1 p.m. That conference will be held in Courtroom 110 at the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York 10007—the same courtroom in which trial will be held. Participants are directed to review the District's COVID-19 protocols for courthouse entry, which are available online at https://www.nysd.uscourts.gov/covid-19-

---

[1] The Court, upon request from counsel, has since extended this deadline to Wednesday, February 23, 2022. *See* Dkt. 258.

1

coronavirus, to ensure that they will be able to gain access to the courthouse. Any participant who cannot attend in person should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key.

SO ORDERED.

*Paul A. Engelmayer*

Paul A. Engelmayer
United States District Judge

Dated: February 22, 2022
      New York, New York