UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTOINE ROSS,<br><br>                       Plaintiff,<br><br>     v.<br><br>CAPTAIN DION WILLIS, ET AL.,<br><br>                      Defendants. | Case No. 16-cv-6704 (PAE) (JW)<br><br>ORDER |

**TO:**

    **SING SING CORRECTIONAL FACILITY**
    **354 Hunter Street**
    **Ossining, New York 10562**

**OR**

    **Any other facility the New York State Department of Corrections and Community Supervision houses Antoine Ross, DIN #16-A-4979, while he awaits and participates in trial in the Southern District of New York pursuant to this Court's Amended Writ of Habeas Corpus Ad Testificandum dated February 17, 2022 (the "CORRECTIONAL FACILITY")**

    **WHEREAS** the above Plaintiff must attend a jury trial at the United States Courthouse, located at 40 Foley Square, New York, New York, 10007 on March 1, 2022 through March 4, 2022; and

    **WHEREAS** pursuant to this Court's Amended Writ of Habeas Corpus ad Testificandum dated February 17, 2022, Plaintiff will be housed in the SING SING CORRECTIONAL FACILTY or the CORRECTIONAL FACILITY during the course of trial; and

    **WHEREAS** this Court's Amended Writ of Habeas Corpus ad Testificandum, dated February 17, 2022, stated that Plaintiff's counsel are authorized as officers of the Court to relay any further instructions from the Court, regarding the transport, safekeeping, care, and subsistence of Plaintiff; and

    **WHEREAS** Plaintiff's counsel needs to confer with Plaintiff to prepare for trial and to deliver appropriate attire for Plaintiff to wear to Court;

**NOW THEREFORE IT IS ORDERED** that the SING SING CORRECTIONAL FACILITY or the CORRECTIONAL FACILITY allow Plaintiff's counsel (Justin Ellis, Sara Margolis, and Lauren Dayton) to schedule legal phone calls of no shorter than three (3) hours with inmate Antoine Ross, DIN #16-A-4979, on each of Thursday, February 24 and Monday, February 28, to prepare for trial in the above-captioned action; and

**IT IS FURTHER ORDERED** that the SING SING CORRECTIONAL FACILITY or the CORRECTIONAL FACILITY allow Plaintiff's counsel (Justin Ellis, Sara Margolis, and Lauren Dayton) to visit inmate Antoine Ross, DIN #16-A-4979, to prepare for trial each day from the date of this order until the start of trial on March 1, 2022; and

**IT IS FURTHER ORDERED** that the SING SING CORRECTIONAL FACILITY or the CORRECTIONAL FACILITY allow Plaintiff's counsel (Justin Ellis, Sara Margolis, and Lauren Dayton) to bring one laptop to one visit with inmate Antoine Ross, DIN #16-A-4979, so that Mr. Ross may review with counsel video and audio evidence that will be presented at trial. If Plaintiff's counsel cannot bring a laptop when visiting Mr. Ross, IT IS FURTHER ORDERED that the SING SING CORRECTIONAL FACILITY or the CORRECTIONAL FACILITY must provide inmate Antoine Ross, DIN #16-A-4979, another means by which he may review with counsel video and audio evidence that will be presented at trial; and

**IT IS FURTHER ORDERED** that the SING SING CORRECTIONAL FACILITY or the CORRECTIONAL FACILITY accept two (2) sets of trial clothes from Mr. Ellis, Ms. Margolis, or Ms. Dayton and deliver them to inmate Antoine Ross, DIN #16-A-4979, and allow him to wear said clothes on days he will participate in trial (March 1 through March 4, 2022).

SO ORDERED.

Dated: February 22, 2022

*Paul A. Engelmayer*
The Hon. Paul A. Engelmayer
United States District Judge