UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTOINE ROSS,

                Plaintiff,

    v.

CAPTAIN DION WILLIS, ET AL.,

                Defendants.

Case No. 16-cv-6704 (PAE) (JW)

ORDER

---

**TO:**

    **UNITED STATES MARSHAL, Southern District of New York**

**AND**

    **NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION**

    **WHEREAS** the above Plaintiff must attend a jury trial at the United States Courthouse, located at 40 Foley Square, New York, New York, 10007 on March 1, 2022 through March 4, 2022; and

    **WHEREAS** pursuant to this Court's Amended Writ of Habeas Corpus ad Testificandum dated February 17, 2022, NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, under the supervision of the UNITED STATES MARSHAL, shall provide all necessary security for the custody of ANTOINE ROSS (DIN #16-A-4979), during trial proceedings and during any other time he is present in the courthouse;

    **NOW THEREFORE IT IS ORDERED** that the personnel providing security on behalf of NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION or the UNITED STATES MARSHAL shall appear at Court in civilian attire, and specifically, in a suit and tie or attire of equivalent formality.

SO ORDERED.

Dated: February 22, 2022

                                          *Paul A. Engelmayer*
                                          The Hon. Paul A. Engelmayer
                                          United States District Judge